UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
CHIEF JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 APR 24  PM 3: 04

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

April 24, 2015

John Long
Reg. No. 320878-1908542
Eastern Correctional Institution
30420 Revells Neck Road
Westover, MD  21890

    Re:   *USA v. John Long*, Criminal No. CCB-04-0564

Dear Mr. Long:

    I am writing in response to your letter dated March 20, 2015 and the copy received April 20, 2015. I have reviewed your file, and it appears from the presentence report that you were serving a state sentence on other charges beginning in 2004. Because you were receiving credit for that incarceration against your state sentence, it did not count against your federal sentence. When you were sentenced on October 23, 2006, I directed that the federal sentence be concurrent with any other sentence, so your federal sentence of 160 months (which was reduced to 144 months on October 21, 2009 because of the crack cocaine guideline reduction) began to run that day.

    If you or your attorney have any different documentation, you can let me know, although sentence calculation initially is up to the DOC and the Bureau of Prisons.

                                  Sincerely,

                                  Catherine C. Blake
                                  United States District Judge

cc:    Marc Zayon, Esquire
       AUSA Barbara Sale
       USPO Blair Wise